**Bobbie J. PETERSON, Plaintiff–
Appellant,**

v.

**PIEDMONT TECHNICAL COLLEGE;
Lex D. Walters, Dr., President in his
official and individual capacity, Defendants–Appellees.**

No. 02–1434.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Bobbie J. Peterson, Appellant Pro Se. Charles J. Boykin, James David Pike, Duff, Dubberly, Turner, White & Boykin, L.L.C., Columbia, South Carolina, for Appellees.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

**590**

PER CURIAM.

Bobbie Peterson appeals the district court's order dismissing Peterson's claim of employment discrimination and declining to exercise supplemental jurisdiction over her state law claims. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Peterson v. Piedmont Technical*, No. CA–01–4845–8 (D.S.C. filed Apr. 3, 2002 & entered Apr. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*